# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINE E. CAVALLI-CORVALAN, et al.,<br><br>Defendants. | Case No. 2:21-cv-06388 FWS (AFMx)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Amended Report and Recommendation of United States Magistrate Judge ("Amended Report"). The time for filing Objections to the Amended Report has passed, and Objections have not been received. The Court accepts and adopts the Magistrate Judge's Amended Report.

IT THEREFORE IS ORDERED that Default Judgment be entered:

(1) striking the Answer of Defendant Brent Corvalan;

(2) entering Default Judgment against Defendant Brent Corvalan;

///

///

(3) ordering Defendant Brent Corvalan to pay the moving Defendants the sum of $7,760.00 for attorneys' fees.

DATED: August 8, 2022

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE