JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, a Delaware corporation, | Case No. 2:21-cv-06388 FWS (AFMx) |
| Plaintiffs, | Judge:  Hon. Fred W. Slaughter |
| v. | **ORDER PURSUANT TO JOINT STIPULATION FOR DISBURSEMENT OF FUNDS DEPOSITED WITH COURT BY PLAINTIFF GENWORTH LIFE AND ANNUITY INSURANCE COMPANY AND FOR DISMISSAL OF ACTION PURSUANT TO FRCP 41** |
| **CHRISTINE E. CAVALLI-CORVALAN,** individually and as Authorized Representative of **the DR. JAIME G. CORVALAN FOUNDATION**, et al. | |
| Defendants. | |
| **CHRISTINE E. CAVALLI-CORVALAN,** an individual | |
| Cross-Claimant | |
| v. | |
| **MARIA A. CORVALAN**, an individual, et al. | |
| Cross-Defendants. | |

GOOD CAUSE APPEARING, and based on the Joint Stipulation for Disbursement of Funds Deposited with Court by Plaintiff Genworth Life and Annuity Insurance Company and for Dismissal of Action Pursuant to FRCP 41 [101] ("Stipulation"), it is hereby ordered that the $494,985.66 deposited to this

**ORDER PURSUANT TO
JOINT STIPULATION FOR DISBURSEMENT OF FUNDS AND DISMISSAL**

Court by Plaintiff Genworth Life and Annuity Insurance Company shall be disbursed as follows:

    a. Fifty percent (i.e., $247,492.83 plus accrued interest thereon) made payable via check to Union Station Homeless Services, to be delivered to the following address:

> Union Station Homeless Services
> c/o Kaila Bradley
> LAGERLOF, LLP
> 155 North Lake Avenue, 11th Floor
> Pasadena, CA 91101

    b. Forty percent (i.e., $197,994.26 plus accrued interest) collectively to Sergio A. Corvalan, Michael J. Chupa, Norma L. Lemus, and Marisyll L. Maa, by check payable to the Kull + Hall Client Trust Account, to be delivered to the following address:

> Robert F. Kull
> Kull + Hall
> 1337 Ocean Ave., Ste. B
> Santa Monica, CA 90401

    c. The sum of $12,280.00 for awards of attorneys' fees against Defendant Brent Corvalan and in favor of Defendants Sergio A. Corvalan, Michael J. Chupa, Norma L. Lemus, and Marisyll L. Maa, collectively, by check payable to the Kull + Hall Client Trust Account, to be delivered to the following address:

> Robert F. Kull
> Kull + Hall
> 1337 Ocean Ave., Ste. B
> Santa Monica, CA 90401

    d. Ten percent to Brent Corvalan (i.e., $49,498.56 plus accrued

2

interest thereon), less the sum of $12,280.00 payable to Defendants Sergio A. Corvalan, Michael J. Chupa, Norma L. Lemus, and Marisyll L. Maa by Brent Corvalan per paragraph 1.c above, is to remain deposited with the Court until claimed by Brent Corvalan.

IT IS FURTHER ORDERED that after the disbursement of the deposited funds pursuant to this order, this action shall be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 3, 2022

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

**ORDER PURSUANT TO**
**JOINT STIPULATION FOR DISBURSEMENT OF FUNDS AND DISMISSAL**